# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHELINE PITT, et al.,<br>        Plaintiffs,<br><br>                  v.<br><br>PIN UP GIRL, INC., et al.,<br>        Defendants. | CV 17-4816 DSF (JCx)<br><br>Order DENYING Motion to<br>Enforce Settlement |

Plaintiffs have moved to enforce the settlement agreement reached in this case.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for May 6, 2019 is removed from the Court's calendar.

On January 2, 2019, Plaintiffs filed a notice of settlement.  On January 3, the Court dismissed the case, retaining jurisdiction for 45 days.  The motion to enforce settlement was filed on April 3, well beyond the Court's 45-day retention of jurisdiction.  Therefore, the Court does not have jurisdiction to enforce the settlement.  See O'Connor v. Colvin, 70 F.3d 530 (9th Cir. 1995).

The motion is DENIED.

        IT IS SO ORDERED.

Date: April 30, 2019

_____
Dale S. Fischer
United States District Judge